1 The People of the State of Colorado, Appellee, In the Interest of J.R.N., Jr., a Child, and Concerning J.R.N., Appellant, and S.D.N., Appellee. No. 21CA0273
Court of Appeals of Colorado, Third Division
January 27, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Douglas County District Court No. 19JV109 Honorable H. Clay
 Hurst, Judge.
 
 
 
 FURMAN, JUDGE.
 
 
 
 OPINION
 
 
 JUDGMENT
 AFFIRMED.
 
 
 
 Lipinsky and Brown, JJ., concur.